FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0130

IN RE THE MARRIAGE OF:

TARA BOZO,

   Petitioner and Appellee,

 vs.

IRA VASGAARD,

   Respondent and Appellant.

## ORDER GRANTING MOTION TO VOLUNTARILY DISMISS

Upon request of Appellant to voluntarily dismiss pursuant to Mont. R. App. P. 16(4) IT IS HEREBY ORDERED that the above captioned appeal is voluntarily dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2020